IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CRIMINAL NO. **06-30135-GPM** |
| ) | |
| **CASEY J. CARSON,** ) | |
| ) | |
| Defendant. ) | |

# ORDER

**PROUD, Magistrate Judge:**

The court held a hearing on February 28, 2008, on defendant's request for a hearing on the Government's Writ of Continuing Garnishment. **(Doc. 83)**.

The court finds that the Individual Retirement Account in the custody of garnishee T. Rowe Price Associates, Inc., is subject to garnishment pursuant to 18 U.S.C. §3613, and is not subject to exemption. Further, the fact that defendant has entered into a financial responsibility agreement with the Bureau of Prisons does not bar garnishment under Section 3613.

Therefore, garnishee T. Rowe Price Associates, Inc., is ordered to turn over to the Government the property of defendant in its custody, as set forth in its answer, **Doc. 82.**

**IT IS SO ORDERED.**

**Dated: February 28, 2008.**

> **s/ Clifford J. Proud**
> **CLIFFORD J. PROUD**
> **U.S. MAGISTRATE JUDGE**